COMMONWEALTH of Pennsylvania,
Respondent

v.

Antoine William DAYD, Petitioner

No. 264 MAL 2017

Supreme Court of Pennsylvania.

September 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Hugo BAEZ, Petitioner

No. 130 WAL 2017

Supreme Court of Pennsylvania.

September 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Eric Romont HOGAN, Petitioner

No. 291 MAL 2017

Supreme Court of Pennsylvania.

September 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.